IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-450-GCM

| | |
|---|---|
| JAMES LUDLUM,<br><br>        Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC. and<br>EVOQUA WATER TECHNOLOGIES,<br>LLC,<br><br>        Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Douglas Kertscher,** filed September 18, 2019 (Doc. No. 7).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Kertscher is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, James Ludlum.

**IT IS SO ORDERED.**

Signed: September 20, 2019

Graham C. Mullen
United States District Judge